## TERRITORY OF ARIZONA, RESPONDENT, v. THOMAS DUNBAR, APPELLANT.

DISTRICT COURTS HAVE JURISDICTION OF APPEALS FROM JUSTICES' COURTS
in criminal cases.

WRIT OF CERTIORARI CAN NOT BE INVOKED to review errors or mistakes,
where the court has acted within its jurisdiction.

By Court, FRENCH, C. J.:

The writ in this cause was ordered dismissed, there being
no error in the record.   But if error had occurred, this writ
would still have been unauthorized and improper.   The
district courts of this territory have full jurisdiction to hear
and determine appeals from justices' courts in criminal
cases, and the writ of *certiorari* can not be invoked to review
errors or mistakes where the court has acted within its
jurisdiction.   This kind of error can be reviewed and cor-
rected only on appeal.

TWEED and PORTER, JJ., concurred.